

FILED
JUN 30 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

**UNITED STATES OF AMERICA,**

v.  **CRIMINAL ACTION NO.: 2:08cr15**

**KEITH R. DOYLEY**

    **Defendant.**

*ACCEPTANCE OF PLEA OF GUILTY,
ADJUDICATION OF GUILT
and NOTICE OF SENTENCING*

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the defendant to Counts One and Three of an indictment which charges Defendant with violations of Title 21 U. S. C.§ 841 and Title 18 U. S. C. § 924 and 922 is *ACCEPTED* and the Defendant is *ADJUDGED GUILTY* of Counts One and Three. Sentencing will be scheduled by the Court.

The Clerk is *DIRECTED* to forward a copy of this Order to counsel for defendant and to the Assistant United States Attorney.

*IT IS SO ORDERED.*

                                /s/
                    ─────────────────────
                    Raymond A. Jackson
                    United States District Judge

Norfolk, Virginia
June 27, 2008